JOHN C. BILLERMAN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. TED BASIAK, ET AL., DEFENDANTS-PETITIONERS.

*Messrs. Hogan & Folk* for the petitioners.

*Mr. Arthur S. Mott, Jr.* for the respondents.

November 30, 1965. Granted.

CARMINE E. CAPONE, PLAINTIFF-PETITIONER, v. MICHAEL DONLON, CITY CLERK, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Benjamin M. DelVento* for the petitioner.

*Mr. Thomas E. Durkin* for the respondents.

November 30, 1965. Denied.

CURTISS-WRIGHT CORPORATION, PLAINTIFF-PETITIONER, v. PASSAIC VALLEY WATER COMMISSION, DEFENDANT-RESPONDENT.

See same case below: 89 *N. J. Super.* 111.

*Mr. Alfred J. Kovell* for the petitioner.

*Mr. Newton M. Roemer* for the respondent.

December 14, 1965. Denied.